# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROBERT CARTER JUSTICE

VERSUS

KATHRYN TALLEY JUSTICE

NO.   2020 CW 1005

**NOVEMBER 05, 2020**

---

In Re:    Kathryn Talley Justice, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 118893.

---

BEFORE: **WHIPPLE, C.J., GUIDRY, McCLENDON, WELCH AND LANIER, JJ.**

**STAY DENIED; WRIT GRANTED IN PART WITH ORDER, DENIED IN PART.**   The portion of the district court's October 19, 2020 judgment which modified the custody of the minor child, B.J., on an interim basis is vacated, and custody of the minor child, B.J., is maintained with the foster parents, Clayton Faucheaux, Jr. and Vicki Williamson, as previously ordered by the district court pending completion of the permanent custody hearing and the judgment of the court on permanent custody.   This matter is remanded for the permanent custody hearing scheduled on December 11, 2020, for which the court is instructed to subpoena Dr. Alan Taylor and Erin Campbell.   The writ is denied in all other respects.

JMG
PMc
JEW

   **Whipple, C.J., and Lanier, J.,** concur in part and dissent in part. We concur in the denial of the stay.   However, we dissent and would deny the writ on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT